**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL GROCERS, INC., *et al.*, | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | Case No. 17-13886 |
| HOWARD B. SAMUELS, | ) | (Jointly Administered) |
| solely as chapter 7 | ) | |
| trustee of the estates of CENTRAL | ) | Hon. Pamela S. Hollis |
| GROCERS, INC., *et al.*, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 18-00734 |
| JAMES J. CASACCIO, THOMAS J. | ) | |
| CASACCIO, LEAMINGTON FOODS, | ) | |
| INC., CASACCIO BROTHERS, INC., | ) | |
| MARKET FRESH, INC., and MARKET | ) | |
| FRESH NORTH, INC. | ) | |
| Defendants. | ) | |

**STIPULATION TO AMEND AFFIRMATIVE DEFENSES AND TIME TO ANSWER**

Now comes the Plaintiff, Howard B. Samuels, solely in his capacity as Chapter 7 trustee for the bankruptcy estates of Central Grocers, Inc. *et al*., and Defendants, James J. Casaccio, Thomas J. Casaccio, Market Fresh, Inc., and Market Fresh North, Inc., through their respective attorneys and stipulate to the following:

1. Defendants, James J. Casaccio, Thomas J. Casaccio, Market Fresh, Inc., and Market Fresh North, Inc. shall amend their affirmative defenses by February 21, 2019.

2. Plaintiff, Howard B. Samuels, solely in his capacity as Chapter 7 trustee for the bankruptcy estates of Central Grocers, Inc. *et al*. shall have until March 14, 2019 to respond to Defendants' amended affirmative defenses.

Dated: February 5, 2019

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/Mark D. Roth | /s/ Leo Oppenheimer |
| Mark D. Roth | Leo B. Oppenheimer (admitted pro hac vice) |
| Roth Fioretti LLC | Eric D. Madden (admitted pro hac vice) |
| 311 South Wacker Drive | J. Benjamin King (admitted pro hac vice) |
| Suite 2470 | REID COLLINS & TSAI LLP |
| Chicago, Illinois 60606 | 1601 Elm Street, |
| (312) 922-6262 (T) | 42nd Floor Dallas, TX 75201 |
| (312) 922-7747 (F) | (214) 420-8900 (T) |
| mark@rothfioretti.com | (214) 420-8909 (F) |
|  | loppenheimer@rctlegal.com |
|  | emadden@rctlegal.com |
|  | bking@rctlegal.com |

*Attorney for James J. Casaccio,
Thomas J. Casaccio, Market Fresh, Inc.,
And Market Fresh North, Inc.*

*Special Litigation Counsel to Howard B. Samuels, Chapter 7 Trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC*